

**COURTESY COPY**

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

Original filed ECF
Dkt. #17

271 Cadman Plaza East
Brooklyn, New York 11201

July 6, 2015

**RECEIVED**

**JUL 07 2015**

Chambers of
I. Leo Glasser
United States District Judge

By ECF

Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hasan *et ano* v. U.S. Dept. of State *et al.*, CV-15-1767
(Glasser, J.) (E.D.N.Y.)

Dear Judge Glasser:

Defendants respectfully write to request that this action be dismissed as moot.

Plaintiffs seek an order directing the United States Embassy (the "Embassy") in Islamabad, Pakistan to issue a decision on an immigrant visa petition filed on behalf of Plaintiff Syed Ammar Yasir Zaidi ("Plaintiff Zaidi"). The Embassy approved the issuance of a visa on or about June 30, 2015. Plaintiffs' counsel confirmed to the undersigned on July 6, 2015 that Plaintiff Zaidi has received the visa.

Thus, this action is now moot. Defendants therefore respectfully request that the Court issue an Order (1) dismissing this action, with prejudice, with each party to bear its own costs, expenses and attorney's fees; and (2) directing the Clerk of the Court to enter judgment accordingly.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 21 2015 ★
BROOKLYN OFFICE

Respectfully submitted,
KELLY T. CURRIE
Acting United States Attorney

By: /s_____
ELLIOT M. SCHACHNER
Assistant U.S. Attorney
(718) 254-6053

cc: Naz Ahmad, Esq.
    Attorney for Plaintiffs
    (by ECF)

Request granted —
This case is dismissed w/
prejudice - each party to bear its own costs
Judgment to be entered accordingly.
So ordered
s/ILG
7/7/15