UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TUBA HASAN, SYED AMMAR YASIR                        JUDGMENT
ZAIDI,                                              15-CV- 1767 (ILG)

                    Plaintiffs,

    -against-

U.S. DEPARTMENT OF STATE; JOHN F.
KERRY, Secretary of State; MICHELE T.
BOND, Assistant Secretary of Consular
Affairs, U.S. Department of State; ED
RAMOTOWSKI, Deputy Assistant
Secretary for Visa Service, U.S. Department
of State; U.S. EMBASSY in ISLAMABAD;
RICHARD OLSON, U.S. Ambassador to
Pakistan; JEH JOHNSON, Secretary, U.S.
Department of Homeland Security; and LEON
RODRIGUEZ, Director, United States Citizenship
& Immigration Services,

                   Defendants.
-----------------------------------------------------------X

          An Order of Honorable I. Leo Glasser, United States District Judge, having been

filed on July 21, 2015, granting Defendants' motion to dismiss; and dismissing the action with

prejudice, with each party to bear its own costs, fees, expenses and attorney's fees; it is

          ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and

that the action is dismissed with prejudice, with each party to bear its own costs, fees, expenses

and attorney's fees.

Dated: Brooklyn, New York                Douglas C. Palmer
       July 21, 2015                  Clerk of Court

                            by:   */s/ Janet Hamilton*
                                 Deputy Clerk